## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | |
|---|---|
| EDIFY, LLC<br>a Florida Corporation, and<br><br>    Plaintiff,<br><br>v.<br><br>FIFTH THIRD BANK,<br>A Florida Corporation,<br>FIFTH THIRD BANCORP,<br><br>    Defendants.<br>_____ | Case No:  2:07-cv-434-FtM-29DNF |

## JOINT MOTION TO ABATE PROCEEDINGS
## IN FURTHERANCE OF SETTLEMENT

Plaintiff Edify, LLC and defendants Fifth Third Bank and Fifth Third Bancorp, having amicably resolved the issues between in principal and now being in the process of finalizing the form of settlement documents, hereby jointly request this Honorable Court to abate this proceeding to enable the parties to finalize and effect the final disposition of this action.

The parties expect to be able to accomplish the settlement within three weeks and respectfully request that the abatement remain in force until a Joint Stipulation for Dismissal with Prejudice is filed.  In the unlikely event the Settlement is not accomplished, each party binds itself to give immediate notice to the Court.

Respectfully submitted,

__/s_ Frank Herrera_____  
Frank Herrera, Esquire  
Florida Bar No.494801  
ROTHSTEIN ROSENFELDT ADLER  
Las Olas City Centre, Suite 1650  
401 East Las Olas Boulevard  

___/s/ Virginia B. Townes__  
Virginia B. Townes, Esquire  
Florida Bar No. 361879  
AKERMAN SENTERFITT  
420 South Orange Avenue, Suite 1200  
Post Office Box 231  

{O1188801;1}

Ft. Lauderdale, FL 33301
Phone: (954) 522-3456
Fax: (954) 527-8663
Email: fherrera@rra-law.com

Counsel for Plaintiff, Edify, LLC

Orlando, FL  32802-0231
Phone:  (407) 423-4000
Fax:  (407) 843-6610
Email:  virginia.townes@akerman.com

Counsel for Defendants, Fifth Third Bank and Fifth Third Bancorp.