UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDIFY, LLC,

                    Plaintiff,

vs.                             Case No.  2:07-cv-434-FtM-29DNF

FIFTH  THIRD  BANK,  FIFTH  THIRD
BANCORP,

                    Defendants.

_____

**ORDER**

This matter comes before the Court on the parties' Joint Motion to Abate Proceedings in Furtherance of Settlement (Doc. #18), filed on September 17, 2007.  The parties indicate that they have reached a settlement in principal and expect that a stipulation of dismissal could be filed within 3 weeks.  The Court will administratively dismiss the case on this basis, rather than staying the case, and if the settlement does not occur the parties may reopen the case within the next 30 days.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this cause be and the same is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **THIRTY (30) DAYS** of the date hereof, to submit a stipulated form of final order or judgment, or request an extension of time, should they so choose **or** for any party to move to reopen the action, *upon good cause being shown*.  After that **THIRTY (30) DAY** period, however, without further order, this dismissal shall be

deemed *with prejudice*.    The Clerk is **directed** to terminate any previously scheduled deadlines and pending motions, and administratively close the case pending further Order.

   **DONE** and **ORDERED** at Fort Myers, Florida, this ___17th___ day of September, 2007.


                                     _____
                                     JOHN E. STEELE
                                     United States District Judge



Copies:
Counsel of Record
DCCD