UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDIFY, LLC,

        Plaintiff,

vs.                      Case No. 2:07-cv-434-FtM-29DNF

FIFTH THIRD BANK, FIFTH THIRD BANCORP,

        Defendants.
_____

**ORDER OF DISMISSAL**

On September 17, 2007, the Court entered an Order (Doc. #19) administratively closing the case for a period of thirty days. That time has now expired and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure dismissing the case with prejudice and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this  24th  day of October, 2007.

                                  JOHN E. STEELE
                                  United States District Judge

Copies:
DCCD